```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R. RADCLIFFE HASTINGS           :      CIVIL ACTION
                                :
          v.                    :
                                :
MICHAEL T. KENNEDY, et al.      :      NO. 14-1333
```

ORDER

AND NOW, this 8th day of July, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Tennenbaum Capital Partners LLC for a protective order (Doc. #39) is GRANTED;

(2)  the motion of defendant Michael T. Kennedy to compel discovery of Tennenbaum Capital Partners LLC (Doc. #40) is DENIED;

(3)  any discovery propounded by Michael T. Kennedy on Tennenbaum Capital Partners LLC shall be limited in scope to the priority of the Tennenbaum judgment in relation to the other creditors in the above-captioned case; and

(4)  Michael T. Kennedy is forbidden from requesting any discovery related to the validity of Tennenbaum's judgment against him.

```
                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                                       J.
```